LILLIAN E. RODRIGUEZ, Appellant, *v.* 724 NINTH AVENUE CORPORATION, Respondent.

Argued March 8, 1943; decided April 15, 1943.

*Irwin Isaacs* for appellant.

*Mordecai Goldberg* and *Irving Segal* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.